UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 DEC 30 PM 1 31
U.S. DISTRICT COURT
NEW HAVEN, CT.

**COMPLAINT FORM**

JASON SHOLA AKANDE

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. 3:17CV1(JCH)
(To be supplied by the Court)

(1.) ATTORNEY GENERAL OF CONNECTICUT: MR. GEORGE JESPEN

(2.) CHIEF STATE'S ATTORNEYS OF CONNECTICUT: MR. KEVIN T. KANE

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. JASON · S · AKANDE is a citizen of CONNECTICUT who
   (Plaintiff)                                (State)
presently resides at C/O. 31 SUTTON PLACE, BLOOMFIELD,
                     (mailing address)  C.T. 06002.

2. Defendant ATTORNEY GEN. is a citizen of CONNECTICUT
              (name of first defendant)         (State)
whose address is 110 SHERMAN STREET, HARTFORD, C.T. 06105

3. Defendant <u>CHIEF STATE'S ATTR</u> is a citizen of <u>CONNECTICUT</u>
   (name of second defendant)                                (State)

whose address is <u>300 CORPORATE PLACE, ROCKY HILL, C.T. 06067</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**
The jurisdiction of this court is invoked pursuant to: (list statute(s))

THIS COURT HAS JURISDICTION OVER A STATE [FRAUDULENT] CRIMINAL CONVICTION, AFTER THE CRIMINAL DEFENDANT HAS EXHAUSTED STATE REMEDIES.

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

(1.) THE PLAINTIFF FILED THIS PETITION, PURPOSELY TO "VACATE" A 'FRAUDULENT' CONNECTICUT STATE CRIMINAL CONVICTION, DOCKET CASE NUMBER: "H14H-CR05-0588244-S".

(2.) THE PLAINTIFF HAS EXHAUSTED ALL THE STATE REMEDIES AVAILABLE TO HIM, TO VACATE THE 'FRAUDULENT' CONVICTION, IN STATE COURT JURISDICTION.

(3.) THE LIST OF THE CASE NUMBERS, OF THE FAILED STATE REMEDIES ARE:
(a.) "H14H-CR05-0588244-S";
(b.) STATE HABEAS NUMBER: "TSR-CV-06-4001377S".
(c.) STATE HABEAS APPEAL NUMBER: "AC 35783".
(d.) STATE HABEAS SUPREME COURT #: "SC 150144".
(4.) PLAINTIFF IS NO MORE IN CUSTODY.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: MALICIOUS PROSECUTION / PROSECUTORIAL MISCONDUCT. SEE: SHEET OF PAPERS ATTACHED.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SEE: SHEET OF PAPERS ATTACHED.

Claim II: SEE: SHEET OF PAPERS ATTACHED.

Supporting Facts: SEE: SHEET OF PAPERS ATTACHED.

3

## D. CAUSE OF ACTION.

**CLAIM I.**     MALICIOUS PROSECUTION / PROSECUTORIAL MISCONDUCT

Sometime Between 2002 And 2005, The Connecticut State Attorneys Office Officers Namely: **'JOSEPH HOWARD'** And **'KEVIN SHAY'**, 'CONSPIRED' With Some Connecticut Federal Law Enforcement Officers, To **'FABRICATE'**, The State Criminal Charges, Filed In Connecticut State Case Number: "H14H-CR05-0588244-S", Purposely To Illegally **'SET-UP'** The Plaintiff. The State Case Is The Legal Basis Of This Petition.

The Crimes Never Really Happened. The 'Illegal Set-Up' Was 'RACIALLY MOTIVATED'.

**CLAIM II.**     THE PROSECUTION (DEFENDANT) 'FORGED' SPRINT CELL PHONE RECORDS OF NELSON ESTREMERA, AND 'FORGED' ALL OTHER DOCUMENTARY EVIDENCE, THEY (PROSECUTION) USED, TO PROSECUTE THE PLAINTIFF, FOR THE 'FABRICATED' STATE CRIMINAL CHARGES.

SEE: A Copy of the 'Forged' Estremera's Sprint Cell Phone Records, Attached To This Petition, Marked: "EXHIBIT A".

**CLAIM III.**     STATE HABEAS COURT JUDGE ASSIGNED FOR STATE HABEAS CASE NUMBER: "TSR-CV-06-4001377 S", DENIED ALL THE SUBPOENAS, MOTIONS, LETTERS, AND PLEADINGS, PLAINTIFF FILED IN THE STATE HABEAS COURT, TO PROVE THE FORGED SPRINT CELL

PHONE RECORDS, AND TO PROVE ALL OTHER FORGED DOCUMENTARY RECORDS.

**SEE:** ALL THE PLAINTIFF'S APPLICATIONS AND MOTIONS FOR COURT SUBPOENAS, FILED IN THE STATE HABEAS CASE Number:"TSR-CV-06-4001377-S".

**CLAIM IV.**   INEFFECTIVE ASSISTANCE OF PLAINTIFF'S COUNSEL, FOR TRIAL COURT CASE NUMBER: H14H-CR05-0588244-S.

The Prosecution (Defendant), Deliberately Did Not Subpoena Sprint Phone Company's Staff, To The Jury Trial, To Verify The Forged Phone Records, In The Presence Of The Jury, (As Required By Connecticut Practice Book) Before The Forged Phone Records Were Admitted Into State Exhibits Files, As Authentic Evidence, Against The Plaintiff, With Full Knowledge And Permission Of The Plaintiff's Counsel For The Jury Trial, Named: "HERMAN WOODARD".

Because, The Prosecution (Defendant) Did Not Want The Jurors, To Know That, They (Prosecution) 'Forged' The Sprint Phone Records.

Furthermore, Plaintiff's Counsel (Woodard) Said Specifically On Record, During The Jury Trial That, The Prosecution (Defendant) Should Not Bring/Subpoena Sprint's Staff To The Jury Trial, To Verify The Phone Records, In The Presence Of The Jury, Before Admitting The Forged Phone Records Into State Exhibit Files. (A Substantial Violation Of Connecticut Practice Book).

Because, Plaintiff's Counsel (Woodard) Also Knew That, The Prosecution (Defendant) 'Forged' The Sprint Cell Phone Records. Plaintiff's Counsel Conspired With the Prosecution (Defendant), To Use The 'Forged' Sprint Phone Records, And All Other 'Forged' Documentary Evidence, To Illegally Prosecute The Plaintiff For The 'Fabricated' State Criminal Charges.

**CLAIM V.** THE PROSECUTION (DEFENDANT) DELIBERATELY DID NOT DISCLOSE TO THE JURY, THE FEDERAL AND POLICE INFORMANT STATUS OF THE ALLEGED VICTIM OF THE CRIMES, WITH FULL CONSENT OF THE PLAINTIFF'S COUNSEL (WOODARD).

Through Out The State Court Jury Trial, The Jurors Were Never Told That, The Prosecution (Defendant)' Main Witness In The Jury Trial, Who Was Also The Alleged Victim Of The Crimes, Named: "NELSON ESTREMERA", Was A 'POLICE/FBI INFORMANT'.

The Plaintiiff's Counsel (Woodard) Conspired With The Prosecution (Defendant), To Hide This Exculpatory Evidence From The Jurors.

If The Jurors Were Told This Information, They (Jurors) Would Have Exonerated The Plaintiff From All The State Criminal Charges.

**CLAIM VI.** THE PROSECUTION (DEFENDANT) SECRETLY PLANTED THEIR OWN UNDER COVER CRIMINALS TURNED POLICE INFORMANTS, AND UNDERCOVER POLICE OFFICERS, INTO THE PLAINTIFF'S STATE COURT JURY TRIAL, AS AUTHENTIC JURORS.

**CLAIM VII.** THE TRIAL COURT JUDGE ASSIGNED FOR STATE HABEAS CASE NUMBER: TSR-CV-06-40013377 S, AND THE SUBSEQUENT STATE APPEAL COURT JUDGE FOR CASE NUMBER: AC 35783, DENIED ALL THE MOTIONS, SUBPOENAS, PLEADINGS, LETTERS, AND VERBAL REQUESTS, PLAINTIFF FILED, IN THE STATE COURTS, TO PROVE, ALL THE FACTS, STATED IN THIS PETITION, IN CLAIM PARAGRAPH I TO CLAIM PARAGRAPH VI.

E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

[1.] THE COURT SHOULD 'VACATE' THE FRAUDULENT STATE CONVICTIONS.

[2.] THE COURT SHOULD DISMISS ALL THE 'FABRICATED' STATE CRIMINAL CHARGES, DEFENDANT [PROSECUTION] FILED AGAINST THE PLAINTIFF, IN THE STATE CASE.

F. JURY DEMAND

Do you wish to have a jury trial? Yes ☑   No

-4-

| | |
|---|---|
| _____ | *[signature]* |
| Original signature of attorney (if any) | Plaintiff's Original Signature |
| _____ | JASON SHOLA AKANDE |
| Printed Name | Printed Name |
| | C/O. 31 SUTTON PLACE, BLOOMFIELD, C.T. 06002 |
| ( ) | ( ) |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| | sholadotshola@gmail.com |
| Email address if available | Email address if available |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at **OUTSIDE** on **SEPTEMBER 20, 2016**
     (location)        (date)

_____
Plaintiff's Original Signature

(Rev.3/29/16)

5