UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JASON SHOLA AKANDE
    Plaintiff

v.                                                                                                  3:16cv2137 (JCH)

GEORGE JEPSEN, KEVIN T. KANE
    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, and the Honorable Sarah A. L. Merriam, United States Magistrate Judge as a result of plaintiff's complaint filed against defendants, George Jepsen and Kevin T. Kane.

The Court has reviewed all of the papers filed in conjunction with the Complaint. On January 20, 2017, a Recommended Ruling was entered dismissing the Complaint without prejudice to filing an Amended Complaint by 2/3/2017, and on January 20, 2017, over objection, the court entered an order affirming, adopting and ratifying the Recommended Ruling. No amended complaint having been filed.

Therefore, it is ORDERED, ADJUDGED and DECREED that the complaint is dismissed, and the case is closed.

Dated at New Haven, Connecticut, this 9th day of February, 2017.

                                                     Robin D. Tabora, Clerk

                                    By   /s/ Diahann Lewis
ENTERED ON DOCKET 2/9/17                    Deputy Clerk